Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-227 MJP |
| Plaintiff, | |
| v. | ORDER PERMITTING FILING OF DEFENSE SENTENCING MEMORANDUM UNDER SEAL |
| TREVELL LAMONS, | |
| Defendant. | |

The court, having considered the defense motion to seal the defense sentencing memorandum and good cause having been shown, hereby orders that the defense sentencing memorandum and attachments may be filed under seal.

Dated this 13th day of February, 2009.

Marsha J. Pechman
United States District Judge

Presented by:

/s/ Michael Nance
Defense Attorney

MICHAEL NANCE
ATTORNEY AT LAW
615 SECOND AVENUE, SUITE 760
SEATTLE, WASHINGTON 98104
(206) 624-3211